THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 5:12-cv-00159-MMH-TBS |
| JOHN DOES 1-21, | : |
| Defendants. | : |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Comes now, John Doe 13 identified by the IP address 173.65.180.16, by and through undersigned counsel, and files this Notice that a Motion to Quash was Filed in Related Miscellaneous Action styled *Malibu Media, LLC v. John Doe 13*, Case No. 6:12-mc-00008-C, in the U.S. District Court for the Northern District of Texas.  The Motion was denied and the case closed.

    Respectfully submitted,
    TAMAROFF & TAMAROFF, P.A.
    The Alfred I. DuPont Building
    169 East Flagler Street, Suite 1633
    Miami, Florida 33131
    Tel: (305) 403-2020
    Fax: (305) 403-2021
    dan@tamarofflaw.com

    By:  /s/ Daniel F. Tamaroff            .
    **Daniel F. Tamaroff**
    Florida Bar No. 92083
    dan@tamarofflaw.com
    David F. Tamaroff
    Florida Bar No. 92084
    david@tamarofflaw.com
    *Attorneys for John Doe 13*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ Daniel F. Tamaroff            .
**DANIEL F. TAMAROFF**