## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (OCALA)

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12-cv-00159-MMH-TBS |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-21, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20 AND 21

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20 and 21 ("Defendants") from this action without prejudice. John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20 and 21 were assigned the IP addresses 174.58.227.230, 24.127.229.38, 24.129.114.166, 66.177.73.142, 68.34.152.80, 68.47.156.84, 68.62.250.244, 76.122.45.169, 98.208.173.186, 98.231.37.123, 98.244.222.67, 108.9.36.112, 173.65.79.189, 173.78.87.83, 71.243.255.150, 72.64.240.202, 72.91.230.228, 96.243.195.195, 96.243.236.115 and 96.243.240.210, respectively. Plaintiff recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve against each Doe Defendant if it deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Case No: 5:12-cv-00159-MMH-TBS

Dated: July 25, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)

2